(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

INGRID PRINCE
EARL KELLY PRINCE
_____
Plaintiff(s)

FILED by SAS D.C.
JUL 0 8 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

v.

American Bankers Insurance
Assurant Insurance
GEICO Insurance
_____
Defendant(s)

Complaint
_____
(TITLE OF DOCUMENT)

I, Ingrid Prince, Earl Kelly Prince, plaintiff or defendant, in the above styled cause,

① Plaintiffs purchased rental insurance policy from Defendants for personal property and loss of use of rental property.

② While plaintiff was away in school roof collapsed and on entire side of property damaging and destroying and molding all of plaintiffs entire contents of property by the time plaintiff returned from school.

③ Plaintiff filed claim with insurer Assurant AND advised Assurant she was left homeless and could not reside in insured subject property located at 9351 S Ridgeland.

④ Defendant repeated failed to take any action. period but tell lies on the phone, "that they were attempting to reach plaintiff"

⑤ The "loss of use clause" in policy covers plaintiffs cost of lodging until property inhabitible.

⑥ Defendant failed to set visit property with plaintiffs, failed to tender cost for lodging food and transportation since 12/31/15.

Defendant acted in Bad faith and breeched the agreement of the policy

· Punitive damages for bad faith .250.000.00

Wherfore plaintiff prays for injunctive relef and judgement in access of 50,000.00.

(Rev. 10/2002) General Document

## Certificate of Service

I _Ingrid Princey Earl kelly Prince_, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: _Ingrid Prince_
Printed or typed name of Filer

_[signature]_
Signature of Filer

Florida Bar Number

E-mail address

_202 821-9119_
Phone Number

Facsimile Number

_PO Box 604_
Street Address

_Cincinatti OH 45201_
City, State, Zip Code

```
RIN 3780042    00      06/28/15                              IL    N    00  05
```

|  | AREA ID: ML |
|---|---|
| **AMERICAN BANKERS INSURANCE COMPANY**<br>OF FLORIDA<br>11222 Quail Roost Drive, Miami, FL 33157-6596 | NEW DECLARATION * * * * * EFFECTIVE 06/28/15<br>12.01 AM, STANDARD TIME |

| RIN | 3780042 | 06/28/15 | 06/28/16 | RENTERS INSURANCE | 0DL4001 | 00 |
|---|---|---|---|---|---|---|

```
INGRID PRINCE                              AMERICAN BANKERS INSURANCE CO
727 MCGAVOCK PIKE                          11222 QUAIL ROOST DR
NASHVILLE TN   37214                       MIAMI FL    33157


IMPORTANT: THIS POLICY DOES NOT INCLUDE COVERAGE FOR FLOOD LOSSES TO YOUR
           BUILDING, CONTENTS, OR POSSESSIONS.

INSURED RESIDENCE PREMISES IS LOCATED AT:
 9351 S RIDGELAND AVE
 CHICAGO IL   60617



COVERAGE                     AMOUNT OF COVERAGE                         PREMIUM
 PERSONAL PROPERTY           $30,000 LESS DEDUCTIBLE OF   $100          $304.00
 PERSONAL LIABILITY          $50,000 PER OCCURRENCE                       $4.00
 MEDICAL PAYMENTS             $500 PER PERSON                              INCL
 LOSS OF USE                $6,000 PER OCCURRENCE                         ·INCL


ADDITIONAL COVERAGES AND CREDITS/SURCHARGES NOT INCLUDED IN THE ABOVE PREMIUM
  DRAIN/SEWER BACKUP          $2,500 LIMIT                                $15.00

  INVOLUNTARY UNEMPLOYMENT   SINGLE COVERAGE
               MAX MONTHLY BENEFIT    $500     MAX # BENEFITS 2          $75.00
TOTAL ADDITIONAL PREMIUM                                                 $90.00
TOTAL PREMIUM                                                           $398.00


ADDITIONAL COVERAGES AND CREDITS/SURCHARGES INCLUDED IN THE ABOVE PREMIUM
  REPLACEMENT COST                                                         INCL


FORMS AND ENDORSEMENTS
 DF00965A-0415 *, NIP1982-0213 *, N1829-1010 *, N8151-0605 *, NOTI1075-0611 *,
   AB1338PPC-1111*, AB4720EC-0307 *, AB5087EC-0805 *, AJ8485EC-0605 *,
   AJ9083EC-0509 *.
```

A2083-0684                               Insured Email Copy                              RIUNIV